UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALAN JOHNSON,<br><br>                Plaintiff,<br><br>                v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPT., et al.,<br><br>                Defendants. | Case No. 5:23-01301 MCS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, (Dkt. No. 28), Defendants' Motion to Dismiss Case, (Dkt. No. 37), the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 40). The Court accepts the findings and recommendations of the Magistrate Judge.

      Accordingly, IT IS HEREBY ORDERED:

      1.    The Report and Recommendation of United States Magistrate Judge (Dkt. No. 40) is accepted;

      2.    Defendants' Motion to Dismiss (Dkt. No. 37) is granted;

3. The case is dismissed without prejudice; and

4. Judgment is to be entered accordingly.

DATED: March 25, 2025

*Mark C. Scarsi*

THE HONORABLE MARK C. SCARSI
United States District Judge