JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALAN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPT., et al.,<br><br>Defendants. | Case No. 5:23-01301 MCS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety, without prejudice.

DATED: March 25, 2025

_____
THE HONORABLE MARK C. SCARSI
United States District Judge